# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141246 & (10)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ABSOLEM STEVEN-JAMAR THOMAS,
      Defendant-Appellant.

SC: 141246
COA: 296960
Alger CC: 2008-001846-FH

_____/

      On order of the Court, the application for leave to appeal the April 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

Clerk

0830